**Travon THOMPSON, Plaintiff–Appellant,**

v.

**Ron HOOPS, Sheriff official and individual capacity; et al., Defendants,**

and

**D. M. Bolot, Facility Administrator official and individual capacity; James Henning, Facility Chaplain official and individual capacity, Defendants–Appellees.**

No. 15-55594

United States Court of Appeals, Ninth Circuit.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Submitted September 26, 2017 *

October 4, 2017

Travon Thompson, Apple Valley, CA, pro se.

James H. Thebeau, Esquire, Deputy County Counsel, San Bernardino, CA, Defendant-Appellee.

Before: SILVERMAN, TALLMAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM *

Travon Thompson appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging violations of his right to free exercise of religion during his pretrial detention. We have jurisdiction under 28 U.S.C. § 1291. We affirm.

In his opening brief, Thompson failed to challenge the district court's summary judgment in favor of defendants, or any other district court order, and therefore Thompson waived any such challenge. *See Smith v. Marsh*, 194 F.3d 1045, 1052 (9th Cir. 1999) ("[A]rguments not raised by a party in its opening brief are deemed waived.").

We do not consider arguments and allegations raised for the first time on appeal.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

---

*See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

**AFFIRMED.**